FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 26 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| NIKI-ALEXANDER SHETTY, | Case No. LACV 16-4130 AG (Ex) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| SUNTRUST MORTGAGE, INC. ET AL. | |
| Defendant. | |

The Court enters judgment for Defendant and against Plaintiff.

Dated September 26, 2016

_____
Hon. Andrew J. Guilford
United States District Judge

JUDGMENT